1  Ramon M. Gonzalez, Esq., SBN 220891
   Buresh, Kaplan, Jang & Feller
2  2298 Durant Avenue
   Berkeley, California 94704
3  Telephone:    (510) 548-7474
   Facsimile:    (510) 548-7488
4
   Attorneys for Plaintiff
5  CALIFORNIA STATE AUTOMOBILE ASSOCIATION

6  Daniel J. Kelly, Esq., SBN 145088
   HAIGHT BROWN & BONESTEEL LLP
7  100 Bush Street, 27th Floor
   San Francisco, CA 94104-3976
8  Telephone: (415) 986-7700
   Facsimile: (415) 986-6945
9  Attorneys for Defendant
   HAMILTON BEACH/PROCTOR-SILEX, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  CALIFORNIA STATE AUTOMOBILE ASSOCIATION, | Case No.    C 05-00879 MMC |
| 16                      Plaintiff, | **ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT** |
| 17           vs. | |
| 18  HAMILTON BEACH/PROCTOR-SILEX, INC. and DOES 1 to 10, | |
| 19 | |
| 20           Defendant. | |

21       Pursuant to the Stipulation to Remand this Action to State Court filed by the parties

22  hereto by their respective counsel, and good cause appearing therefore,

23       IT IS ORDERED that Action No. C 05-00879 MMC hereby is remanded to the Superior

24  Court of California, County of Sonoma.

25

26

27  DATED: May 2, 2005                    APPROVED  Judge Maxine M. Chesney
                                          UNITED STATES DISTRICT COURT JUDGE
28

Buresh, Kaplan, Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

-1-
ORDER ON STIPULATION TO REMAND ACTION TO STATE COURT